**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000834
22-OCT-2020
07:47 AM
Dkt. 213 OCOR**

NO. CAAP-17-0000834

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHRIS SLAVICK, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPP. NO. 16-1-0004; CR. NO. 04-1-1534)


ORDER OF CORRECTION
(By: Leonard, J.)


IT IS HEREBY ORDERED that the Summary Disposition Order of the court, filed on October 16, 2020, is hereby corrected as follows:

At page 3, line 12 from bottom, insert the letter "e" after the name "Earl" to reflect the correct spelling of the name so that the sentence now reads as follows:

> Slavick argues that Earle Partington (**Partington**), who

The clerk of the court is directed to incorporate the foregoing change in the original summary disposition order.

DATED: Honolulu, Hawaiʻi, October 22, 2020.

/s/ Katherine G. Leonard
Associate Judge